

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00053-CV

**JENNIFER STEWART, DONALD STEWART,**
**AND KATHY STEWART, COLLECTIVELY**
**D/B/A ROYAL HORSE FARMS,**

**Appellants**

 **v.**

**SAMANTHA BROK-POTTS AND**
**HERA MINKOVE,**

**Appellees**

From the 13th District Court
Navarro County, Texas
Trial Court No. D20-29041-CV

## MEMORANDUM OPINION

Appellants, Jennifer Stewart, Donald Stewart, and Kathy Stewart, collectively d/b/a Royal Horse Farms, filed their joint notice of appeal in the trial court on March 8, 2021. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. On April 28, 2021, we sent a letter explaining that the docketing statement must be filed and

warning that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id.* at R. 32.1, 42.3(c); *see also Cornett v. Williams*, 2019 Tex. App. LEXIS 4851, at *1 (Tex. App.—Waco June 12, 2019, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).

JOHN E. NEILL
Justice

Before Chief Justice Gray
  Justice Neill, and
  Justice Johnson
Appeal dismissed
Opinion delivered and filed May 25, 2021
[CV06]

